# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN AREVALO LANUZA, | Case No. 5:26-cv-02538 MRA (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | **ORDERING IMMEDIATE RELEASE FROM CUSTODY** (A# 240-764-325) |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition granted as to Ground Two. All other grounds are dismissed without prejudice.



DATED:   June 24, 2026

THE HONORABLE MONICA RAMIREZ ALMADANI
United States District Judge